# Exhibit A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

United States Register of Copyrights and Director



**Registration Number**

**VA 2-183-337**

**Effective Date of Registration:**
November 27, 2019

**Registration Decision Date:**
December 19, 2019

---

## Title

| | |
|---|---|
| Title of Work: | Coin Man Character |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2012 |
| Date of 1st Publication: | February 02, 2012 |
| Nation of 1st Publication: | United States |

## Author

| | |
|---|---|
| • Author: | John Martin Hanrahan |
| Author Created: | 2-D artwork |
| Work made for hire: | No |
| Citizen of: | United States |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | John Martin Hanrahan |
| | PO BOX 583, Glendale, CA, 91209, United States |

## Rights and Permissions

| | |
|---|---|
| Organization Name: | Glowzap |
| Name: | John Hanrahan |
| Email: | john.m.hanrahan@gmail.com |
| Telephone: | (323)327-3686 |
| Address: | PO BOX 583 |
| | Glendale, CA 91209 United States |

## Certification

Page 1 of 2

**Name:** John Hanrahan
**Date:** November 27, 2019

**Copyright Office notes:** Basis for Registration: Registration based on deposited pictorial authorship describing, depicting, or embodying character(s). Compendium 313.4(H).

Regarding special handling request: Claim upgraded for special handling per request received on December 9, 2019 due to prospective litigation.