Ryan E. Hatch (SBN 235577)
HATCH LAW, PC
13323 Washington Blvd., Suite 302
Los Angeles, CA 90066
Tel: 310-279-5076
Facsimile: 310-693-5328
ryan@hatchlaw.com

*Attorney for Plaintiff John Hanrahan*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HANRAHAN,<br><br>        Plaintiff,<br><br>    v.<br><br>HONEY SCIENCE LLC, PAYPAL HOLDINGS, INC.<br><br>        Defendant. | Case No. 2:22-cv-06514-SB-MAA<br><br>Notice of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(i) |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff John Hanrahan and his counsel, hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendants Honey Science LLC, and Paypal Holdings, Inc.

DATED:  December 30, 2022                    Respectfully submitted,

                                                           */s/Ryan E. Hatch*
                                                        Ryan E. Hatch (SBN 235577)
                                                        HATCH LAW, PC
                                                        13323 Washington Blvd., Suite 302
                                                        Los Angeles, CA 90066
                                                        Tel: 310-279-5076
                                                        Facsimile: 310-693-5328
                                                        ryan@hatchlaw.com

                                                        *Attorney for Plaintiff John Hanrahan*